UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  MJ26-135 |
| Plaintiff, | |
| v. | COMPLAINT for VIOLATION |
| SANTANA LAMANTE WARREN, | Title 18, U.S.C. Section 922(g)(1) |
| Defendant. | |

BEFORE Michelle L., Peterson, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

**<u>COUNT ONE</u>**

**(Unlawful Possession of a Firearm)**

On or about February 24, 2026, in King County, within the Western District of Washington, SANTANA LAMANTE WARREN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. *Unlawful Possession of a Firearm in the Second Degree,* in King County Superior Court, under cause number 24-1-05206-9, dated on or about January 10, 2025; and

b. *Solicitation to Commit Violation of the Uniform Controlled Substances Act: Deliver Cocaine,* in King County Superior Court, under cause number 14-1-02565-0, dated on or about June 17, 2015;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock Model 30 .45 caliber semiautomatic pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

### INTRODUCTION

1.    I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since July 2024. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.    I am currently assigned to the Seattle Field Division, where I am a member of the Violent Gang and Transnational Organized Crime squad. In this capacity, I investigate, inter alia, violations of federal criminal laws related to firearms and narcotics.

3.    In my role as a Special Agent for the FBI, I have been involved in narcotics and felon in possession of firearms and ammunition arrests and search warrants in drug trafficking and organized crime. I have authored affidavits in support of federal warrant applications, participated in executing state and federal warrants, and have interviewed drug traffickers and informants with knowledge of drug trafficking. I have also served as

Complaint - 2
*United States v. Warren*

a case agent on prior federal criminal investigations into Felon in Possession of a Firearm and other criminal activity. I have received over 400 hours of classroom training including, but not limited to, gang investigations, drug identification, drug interdiction, money laundering techniques and schemes, smuggling, and the investigation of individuals and/or organizations involved in gang activity, firearms trafficking, and trafficking of controlled substances.

4.     When this Affidavit refers to identification documents, either I or other agents involved in the investigation have reviewed the relevant driver license or similar records maintained by DOL or the equivalent agencies in other states. When I refer to the criminal history of a subject, either I or other agents involved in the investigation have reviewed the available criminal history from state or federal agencies. When I refer to beliefs or suspicions held by investigators, these beliefs or suspicions are based upon training and experience.

5.     The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement personnel; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

//

//

//

//

//

Complaint - 3
*United States v. Warren*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## SUMMARY OF PROBABLE CAUSE

**A.    Warren's Criminal History**

I have reviewed court and law enforcement records related to Santana Warren's criminal history. I have determined that Warren has been convicted of multiple felonies including: *Unlawful Possession of a Firearm in the Second Degree*, under cause number 24-1-05206-9, dated on or about January 10, 2025; and *Solicitation to Commit Violation of the Uniform Controlled Substances Act: Deliver Cocaine,* in King County Superior Court, under cause number 14-1-02565-0, dated on or about June 17, 2015. In both of these cases, the standard sentencing ranges exceeded twelve months and one day.

**B.    Investigation**

6.    In early February 2026, FBI Task Force Officer (TFO) Jon Huber, a Seattle Police Department (SPD) Detective in the Gang Violence Reduction Unit, learned that Warren had active warrants out for his arrest, including a King County Sheriff's Office felony warrant for Domestic Violence Harassment, Unlawful Possession of Firearm in the Second Degree, and Attempting to Elude Pursuing Police Vehicle, all under King County Superior Court cause number 24-1-05206-9; and was a wanted person by the King County Sheriff's Office for the offense of Failure to Appear. TFO Huber has extensive knowledge and experience with gang activity in the greater Seattle area and was also aware that Warren is a Valley hood Piru gang member and goes by the alias "Tana Ru." As a detective in the Gun Violence Reduction Unit and a Federal Task Force Officer with the FBI, TFO Huber's duties include locating and arresting wanted subjects.

**C.    Arrest and Firearm Seizure**

7.    On February 3, 2026, Judge Karen Donohue of the King County Superior Court issued a search warrant for device location information, also known as "pings," for a cellphone that was being used by Warren.

Complaint - 4
*United States v. Warren*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8.    From early February to late February of 2026, investigators conducted physical surveillance, along with pings, on Warren.

9.    On February 24, 2026, TFO Huber undertook an operation to locate and arrest Warren on his outstanding warrant. TFO Huber observed that the phone pings resolved to the vicinity of Warren's residence at 5122 S. Medley Ct., Seattle. Investigators initiated physical surveillance on the residence and observed Warren depart in a maroon Hyundai Palisade as the passenger, with a female driving and a child in the back seat. The vehicle went to a gas station, where Warren remained in the vehicle. At approximately 1:50 p.m., the vehicle parked near the Seattle Convention Center, where the female got out of the vehicle and walked away on foot. Warren then got into the driver's seat and the vehicle left the area with the child still inside. At approximately 2:21 p.m., Warren parked the vehicle in the Beacon Avenue Church of God parking lot and exited on foot. He walked to the Van Asselt Elementary School, where he retrieved two small children and took them back to the vehicle. Warren eventually drove to the City Smokes Wholesale store, located on Rainier Avenue South. He parked the vehicle and exited on foot, leaving the three children in the car. SPD officers arrested Warren as he walked toward the store entrance.

10.    Upon his arrest, Warren told officers that he had a firearm on his person. SPD Officer Michael Virgilio then located a firearm in the front right pocket of the jacket Warren was wearing. The firearm was identified as a Glock Model 30 .45 caliber semiautomatic pistol which was loaded with twelve rounds of .45 caliber ammunition and a round in the chamber. Warren was then booked into the King County Jail on his outstanding arrest warrants.

11.    Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Kit Radosevich, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, examined photographs of the above-referenced firearm. SA Radosevich provided a

Complaint - 5
*United States v. Warren*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

preliminary determination that the handgun was not manufactured in Washington State. Based upon her experience, knowledge, and research, she further opined that the handgun meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3). Furthermore, it is SA Radosevich's opinion that, because the handgun was not manufactured in Washington State, it therefore must have traveled in, and thereby affected, interstate commerce if it was received or possessed in Washington State.

### CONCLUSION

12.    Based on the above facts, I respectfully submit that there is probable cause to believe that SANTANA LAMANTE WARREN committed the offense alleged in this Complaint.

ARACELI LOPEZ PADILLA    Digitally signed by ARACELI LOPEZ PADILLA
Date: 2026.02.28 18:43:47 -08'00'

Araceli Lopez Padilla
Special Agent, Federal Bureau of Investigation

The above-named Special Agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone. Based on the Complaint and the sworn statement, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this __3rd__ day of March 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

Complaint - 6
*United States v. Warren*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970